IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 FEB -9 AM 11:06
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| JOHN SIMMONS, | § | |
| MOVANT, | § | |
| | § | A-10-CA-427-LY |
| V. | § | (A-08-CR-337(07)-LY) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| RESPONDENT. | § | |

## FINAL JUDGMENT

Before the Court is the above-entitled cause. On this same date, the Court dismissed John Simmons's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that John Simmons's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED WITHOUT PREJUDICE**

**IT IS FURTHER ORDERED** that the above-entitled cause is **CLOSED**.

SIGNED this _9th_ day of February, 2011.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE